**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Susan G. van Keulen<br>U.S. Magistrate Judge | **RE:** | Tracy Michael Mapes |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 0971 5:19-70752M |
| **Date:** | 6/24/19 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                            (408) 535-5224
U.S. Pretrial Services Officer                           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[x] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __6__ on __June 28, 2019__ at __1:30 PM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_Susan van Keulen_                                       6/25/2019
**JUDICIAL OFFICER**                                  **DATE**